IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                               4:08CR00434-01-WRW

RONNIE DARNELL PERSON

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of six (6) months at a designated medical facility in Springfield, Missouri or Fort Worth, Texas. The defendant is to participate in nonresidential substance abuse and mental health counseling during incarceration. A term of Supervised Release of 24 months shall be imposed following incarceration. The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

All remaining conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 13th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Person.wpd